N° ~~26~~ Sup: Court    Supreme Court
                        Oct 3[d] 1820

   N° 6   *Rose*  ⎫
            *vs*   ⎬
          *Taylor* ⎭

TERRITORY OF MICHIGAN
SUPREME COURT

*Oliver Rose*         ⎫   Personally appeared before me, the undersigned One
      *vs*             ⎬   of the Justices of the peace in And for the County of
*William G. Taylor*  ⎭   Monroe — A. G. Whitney who being duly sworn deposeth And saith that on this seventh day of February One thousand Eight hundred And twenty he this deponent, did make service of a Copy of the Bill of Privilege in the above entitled Cause, certified

under the hand of the clerk of the Supreme Court — and also a copy of the Rule of the Supreme Court entered in the above cause on Friday the thirty first day of December One thousand Eight hundred and Nineteen, certified also by said clerk as aforesaid, on W^m G. Taylor aforesaid, by delivering the same into the hands of the said W. G. Taylor at his office between the hours of 11. & 12 O'Clock of s^d 7th day of Feb^y and further this deponant saith not.

A G WHITNEY

[In the handwriting of Andrew G. Whitney]

Subscrib^d & sworn to
this Seventh day of Febr^y
A.D. 1820

Before me CHA^s NOBLE.   Justice of the Peace

68.                    1820